# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ali Salim Ghantous                    Docket No. 5:24-CR-171-1M

### Petition for Action on Conditions of Pretrial Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Ali Salim Ghantous, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 6th day of June, 2024.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As a condition of pretrial release supervision, the defendant, Ali Salim Ghantous, was ordered to reside with his parents, Salim and Sarah Ghantous, who were appointed as third-party custodians. The defendant has resided with his parents since his release and has abided by all conditions of his pretrial release supervision. During a recent meeting with the defendant and third-party custodians, Salim Ghantous stated he no longer wishes to act as a third-party custodian. Salim Ghantous explained that while Ali Ghantous has not been a problem, Salim wishes to reside in a home free of adult children. Salim Ghantous did not anticipate how long the legal proceedings could last and thought the case would have been disposed of. Ali Ghantous, along with Salim Ghantous have requested that Ali Ghantous be permitted to find his own residence and that the defendant's parents, Salim and Sarah Ghantous, be relieved of their responsibilities as third-party custodians. Defense counsel and counsel for the government were contacted, and neither party opposed the removal of the third-party custodians. The probation office respectfully requests that the court remove the requirement that the defendant reside with his parents and that he no longer be subject to a third-party custodian pending disposition of the case. Additionally, we further recommend that the court allow the probation officer to give the defendant permission to search for a personal residence in conjunction with the restrictions of the home detention program. All other conditions shall remain the same.

**PRAYING THAT THE COURT WILL ORDER**

1. The defendant's parents, Salim and Sarah Ghantous, shall no longer be required to serve as third-party custodians.

2. As part of the home detention program, the probation officer is allowed to approve the defendant leave time to search for a personal residence. Once a residence is approved, the defendant shall notify the probation officer prior to any change of his living situation.

Ali Salim Ghantous
Docket No. 5:24-CR-171-1M
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: January 22, 2025 |

## ORDER OF THE COURT

Considered and ordered the  22nd  day of  January , 2025, and ordered filed and made part of the records in the above case.

_____
Kimberly A. Swank
U.S. Magistrate Judge